# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 13, 2011

No. 07-30443

Lyle W. Cayce
Clerk

JOHN THOMPSON

Plaintiff–Appellee

v.

HARRY F. CONNICK, in his official capacity as District Attorney;
ERIC DUBELIER, in his official capacity as Assistant District Attorney;
JAMES WILLIAMS, in his official capacity as Assistant District Attorney;
EDDIE JORDAN; in his official capacity as District Attorney;
ORLEANS PARISH DISTRICT ATTORNEY'S OFFICE

Defendants–Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, WIENER,
BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO, OWEN,
ELROD, SOUTHWICK, and HAYNES, Circuit Judges.[*]

PER CURIAM:

This Court, sitting en banc, affirmed the judgment of the district court by

reason of an equally divided vote. *See Thompson v. Connick*, 578 F.3d 293 (5th

---

[*] Judge Dennis and Judge Graves did not participate in this decision.

No. 07-30443

Cir. 2009) (en banc).  The Supreme Court reversed and remanded the judgment of this Court.  *See Connick v. Thompson*, 131 S. Ct. 1350 (2011).

Accordingly, this matter is REMANDED to the district court for entry of judgment in favor of Appellants.